1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ALFONSO DURAN,<br><br>                    Petitioner,<br><br>         v.<br><br>M.S. EVANS, Warden, et al.,<br><br>                    Respondents. | Civil No.   08-0430 WQH (RBB)<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE** |

    Petitioner, a state prisoner proceeding pro se, has not paid the $5.00 filing fee and has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

    The request to proceed in forma pauperis is **DENIED** because Petitioner has not provided the Court with sufficient information to determine Petitioner's financial status. A request to proceed in forma pauperis made by a state prisoner must include a certificate from the warden or other appropriate officer showing the amount of money or securities Petitioner has on account in the institution. Rule 3(a)(2), 28 U.S.C. foll. § 2254; Local Rule 3.2. Petitioner has failed to provide the Court with the required Prison Certificate.

1       Accordingly, the Court **DENIES** the request to proceed in forma pauperis, and
2 **DISMISSES** the case without prejudice. To have the case reopened, Petitioner must, **no later**
3 **than April 16, 2008**, provide the Court with: (1) a copy of this Order together with the $5.00
4 filing fee; or (2) a copy of this Order together with adequate proof that Petitioner cannot pay the
5 $5.00 filing fee. **THE CLERK IS DIRECTED TO MAIL PETITIONER A BLANK**
6 **MOTION TO PROCEED IN FORMA PAUPERIS FORM.**
7       **IT IS SO ORDERED.**

DATED: March 12, 2008

                                                   */s/ William Q. Hayes*
                                                   **WILLIAM Q. HAYES**
                                                   United States District Judge