3.6.08.

**NUNC PRO TUNC**

FILED  MAR 10 2008

2008 MAR 12 AM 10:51
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

To Clerk of the Court,

My deadline for filing my Federal Writ is April, 4, 2008. I am asking for a 30 day extension from that date because you will be or already have received my petition incomplete. The reason for it being incomplete is that the "Prison Certificate" was not filled out by prison officials, here at S.V.S.P., and placed inside the package containing my completed Federal Writ.

I followed the instructions, supplied by C.D.C. (Operational Procedure #2 (see attached)), except that my petition was so volumous that it could not be placed in another envelope (all supplied by C.D.C. because I am indigent) so I sent it to the trust account office, here at S.V.S.P., unsealed with the "Prison Certificate" inside a business sized envelope taped to the front. For whatever reason I cannot explain, the trust account office sent the business sized envelope, containing the "Prison Certificate", back to me.

Included here are the case numbers of my petition should they be necessary: Direct Appeal Case No. D047059, Superior Court Case No. SCS181667.

Thank you for your time and any and all consideration you might give me in this matter.

Date: 3.6.08.

Sincerely,
Joseph Duran

|  | California Department of Corrections Salinas Valley State Prison OPERATIONAL PROCEDURE #2 | TITLE: Inmate Mail Process |
|---|---|---|
| | | DEVELOPED: March 1996 |
| | | REVISED: August 2004 |

**IN FORMA PAUPERIS**

Requests for In Forma Pauperis certifications must be submitted for processing to the Trust Office.

Paperwork must be complete prior to submitting the request to ensure that all documents are mailed to the Courts at the same time to prevent separation and comply with the time constraints of the Courts for filing.

After all forms are signed, copies must be made prior to forwarding to the Trust Office, as the papers cannot be returned after they are completed for mailing. Do not fill in any information on the Trust Account Certification portion of the documents. It must be left blank and the Trust Office will complete that portion prior to certification.

Prepare two envelopes-one larger than the other-and address both envelopes. Only the larger of the two envelopes needs to be stamped with postage as one will go inside the other. Place all of the completed paperwork, except the In Forma Pauperis in the first envelope and have a staff member process and seal the package as legal mail.

Send the legal mail package, the second envelope, and any Trust Withdrawal Orders you may need with the In Forma Pauperis request to the Trust Office for completion and mailing. The Trust Office will complete the necessary forms, insert them into the second envelope with the first (sealed) envelope and forward the completed package to the mailroom.

Copies of the completed documents cannot be returned to the inmate, however, a copy is kept in the Trust Office. A log will be maintained with the following information: date the packet is received in the Trust Office, date forms were completed and mailed, and the Court to which it was sent.