Joseph Alfonso Duran
**PLAINTIFF/PETITIONER/MOVANT'S NAME**

V95938
**PRISON NUMBER**

S.V.S.P.
**PLACE OF CONFINEMENT**

P.O. Box 1050, Soledad, Ca. 93960
**ADDRESS**

FILED

2008 MAR 21  PM 3: 09

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ RM _____ DEPUTY

# United States District Court
## Southern District Of California

Joseph Alfonso Duran,
(Plaintiff/Petitioner/Movant

v.

M.S. Evans, Warden, et al.,
Defendant/Respondent

Civil No. 08CV0430 WQH (RBB)
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Joseph Alfonso Duran, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No    (If "No" go to question 2)
    If "Yes," state the place of your incarceration  Salinas Valley State Prison
    Are you employed at the institution?            ☐ Yes ☒ No
    Do you receive any payment from the institution? ☐ Yes ☒ No
[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 4/06)                    C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer._____
   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. 12/03, $644.00 12.24.03 – 12.31.03. American Advertising Specialties 10744 Prospect Pl., Suite "C" Santee, Ca 92024  1-800-748-5535

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment   ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☒ No
   c. Pensions, annuities or life insurance              ☐ Yes ☒ No
   d. Disability or workers compensation                 ☐ Yes ☒ No
   e. Social Security, disability or other welfare       ☐ Yes ☒ No
   e. Gifts or inheritances                              ☒ Yes ☐ No
   f. Spousal or child support                           ☐ Yes ☒ No
   g. Any other sources                                  ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. My mom sent me $25.00 as a birthday gift 3/07. I don't expect to have any money sent on a regular basis.

4. Do you have any checking account(s)?  ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?_____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. *None.*

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): *None.*

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): *None.*

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you **must** explain the sources of funds for your day-to-day expenses. *The CDC gives me room, board, and pays all my medical expenses.*

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_3.17.08_
DATE

_Joseph Alfonso Duran_
SIGNATURE OF APPLICANT

CIV-67 (Rev. 4/06)             C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

Case Number: _____

# CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Duran, Joseph V95938** for the last six months at

SALINAS VALLEY STATE PRISON
ACCOUNTING DEPARTMENT
P.O. BOX 1020
SOLEDAD, CA 93960-1020

[prisoner name]

_____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **0** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **0**.

Dated: **3/19/08**

**R. Macias**

[Authorized officer of the institution]

# TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
(Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, _Joseph Alfonso Duran V95938_, request and authorize the agency holding me in
(Name of Prisoner/ CDC/No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

_3.17.08_
DATE

_Joseph Alfonso Duran_
SIGNATURE OF PRISONER

CIV-67 (Rev. 4/06)    C:\Documents and Settings\Jamiep\Local Settings\Temp\notes1C7949\jamieforms8.wpd

```
REPORT ID: TS3030  .701                                    REPORT DATE: 03/19/08
                                                           PAGE NO:            1
                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                         SALINAS VALLEY STATE PRISON
                         INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 19, 2008

ACCOUNT NUMBER : V95938                      BED/CELL NUMBER: FDB2T2000000219L
ACCOUNT NAME   : DURAN, JOSEPH ALFONSO       ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                              TRUST ACCOUNT ACTIVITY

   << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                             CURRENT HOLDS IN EFFECT
    DATE        HOLD
   PLACED       CODE        DESCRIPTION              COMMENT          HOLD AMOUNT
  ----------    ----    --------------------      --------------     ------------
  03/03/2008    H109    LEGAL POSTAGE HOLD         2252 LPOST              5.05
  03/03/2008    H109    LEGAL POSTAGE HOLD         2252 LPOST              0.92
  03/05/2008    H109    LEGAL POSTAGE HOLD         2276/LPOST              6.40
  03/05/2008    H109    LEGAL POSTAGE HOLD         2276/LPOST              4.90
  03/05/2008    H118    LEGAL COPIES HOLD          2276/LCOPY              3.20
  03/05/2008    H109    LEGAL POSTAGE HOLD         2273/PAPER              0.20
  03/12/2008    H114    COPAY FEE, MED.            2360DCOPAY              5.00
  03/13/2008    H109    LEGAL POSTAGE HOLD         2385 ENVEL              0.80
  03/14/2008    H114    COPAY FEE, MED.            2388 COPAY              5.00
  03/14/2008    H114    COPAY FEE, MED.            2388 COPAY              5.00

                            TRUST ACCOUNT SUMMARY

   BEGINNING       TOTAL          TOTAL        CURRENT       HOLDS      TRANSACTIONS
    BALANCE       DEPOSITS     WITHDRAWALS     BALANCE      BALANCE     TO BE POSTED
  -----------    ----------    -----------    ---------    ---------    ------------
      0.00          0.00           0.00          0.00        36.47          0.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3/19/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY L. Macias  SVSP

```
                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                            -----------
                                                                36.47-
```

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| JOSEPH ALFONSO DURAN, | Civil No. 08-0430 WQH (RBB) |
|---|---|
| Petitioner, | |
| v. | **ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE** |
| M.S. EVANS, Warden, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, has not paid the $5.00 filing fee and has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

The request to proceed in forma pauperis is **DENIED** because Petitioner has not provided the Court with sufficient information to determine Petitioner's financial status. A request to proceed in forma pauperis made by a state prisoner must include a certificate from the warden or other appropriate officer showing the amount of money or securities Petitioner has on account in the institution. Rule 3(a)(2), 28 U.S.C. foll. § 2254; Local Rule 3.2. Petitioner has failed to provide the Court with the required Prison Certificate.

1 | Accordingly, the Court **DENIES** the request to proceed in forma pauperis, and **DISMISSES** the case without prejudice. To have the case reopened, Petitioner must, **no later than April 16, 2008**, provide the Court with: (1) a copy of this Order together with the $5.00 filing fee; or (2) a copy of this Order together with adequate proof that Petitioner cannot pay the $5.00 filing fee. **THE CLERK IS DIRECTED TO MAIL PETITIONER A BLANK MOTION TO PROCEED IN FORMA PAUPERIS FORM.**

IT IS SO ORDERED.

DATED: March 12, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge