Civil No. 08-0430 WQH(RBB)

To the Clerk of the Court,

NUNC PRO TUNC

MAY -2 2008

FILED

2008 MAY 7 PM 2:15

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

I respectfully request that my petition, claiming BRADY violation, be withdrawn without without prejudice, because I still have other grounds pending in California Supreme Court and don't want to be denied a later request to amend my current petition.

I ask this because I was lead to believe that I could amend my petition at anytime, and not have to meet any requirements to do so. I now understand that this is not true, therefore, I ask that my petition be withdrawn/denied, without prejudice, so that I can finish/resolve my other issue's still pending in the California Supreme Court so that I can file all grounds in one petition.

Also, I understand that the one year time limit is being "tolled" while pursuing a properly filed state habeas corpus petition, however, since I have already filed and now asking that it be withdrawn do I still get the time being "tolled" offer or do I have to meet other requirements?

Can you tell me when my time expires should the court accept, or rather, deny my petition without prejudice?

In short, petitioner is respectfully requesting:
1) That civil No. 08-0430 WQH(RBB) be withdrawn/denied without prejudice.
2) Request a filing deadline date so that I can include all grounds, others that are still pending in the California Supreme Court.

4.29.08.

Respectfully Submitted,
Joseph Duran

## Certificate of Service

I declare that:

I am a resident of Soledad, in the county of Monterey, California. I am over the age of 18 years. My residence is:

Joseph Duran V95938
Salinas Valley State Prison
P.O. Box 1050/ D.2. 219
Soledad, Ca 93960.

On 4.29.08, I served the attached ~~Habeas~~ ~~corpus~~ "Request to withdraw Petition, without prejudice in said case by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully paid, in the United States mail at Salinas Valley State Prison. addressed as follows:

Office of the Attorney General.
P.O. Box 85266
San Diego, Ca 92186-5266

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on 4.29.08. at Soledad, California.

Respectfully,

Joseph Duran