FILED

13 JAN -4 PM 3:13

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ALFONSO DURAN,<br><br>                Petitioner,<br>vs.<br>MATTHEW CATE, Secretary of the California Department of Correction and Rehabilitation,<br><br>                Respondent. | CASE NO. 08cv430-WQH-RBB<br><br>**ORDER** |

HAYES, Judge:

    On December 24, 2012, this Court received the mandate from the Court of Appeals for the Ninth Circuit. The mandate is spread. This Court now has jurisdiction over the First Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

    Each party shall file a brief regarding further proceedings in this Court, in light of the Court of Appeals' decision, on or before January 22, 2013. Any party may file a response to the opposing party's brief on or before January 29, 2013.

Dated: 1/4/12

HON. WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE